UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................................... x

ESTATE OF SIAVASH BAYANI, et al.,

        Plaintiffs,
      v.

UNITED STATES DEPARTMENT OF STATE;      15 Civ. 6239 (LTS)
JOHN KERRY, in his official capacity as Secretary
of State; UNITED STATES DEPARTMENT OF     NOTICE OF APPEARANCE
TREASURY; and JACOB J. LEW, in his official
capacity as Secretary of the Treasury,

        Defendants.
...................................................................... x

TO:   Clerk of Court
       United States District Court
       Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case on behalf of defendants, and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
        December 24, 2015

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney for the
                        Southern District of New York

            By:    /s/ Christopher Connolly
                        CHRISTOPHER CONNOLLY
                        Assistant United States Attorney
                        86 Chambers Street
                        New York, New York 10007
                        Tel.: (212) 637-2761
                        Fax: (212) 637-2786
                        Email: christopher.connolly@usdoj.gov